UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMAR SHAHID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>I. ALDAZ et al.,<br><br>　　　　Defendants. | No.  2:14-cv-0454 DAD P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

　　　　Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

　　　　Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  By this order, plaintiff will be assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments will be forwarded by the appropriate agency to the Clerk of the Court each time

1

1 the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C. §
2 1915(b)(2).

3 　　　　On February 10, 2014, plaintiff commenced this action by filing a civil rights complaint.
4 Before the court had an opportunity to screen his complaint, plaintiff filed a motion to amend his
5 complaint to clarify that he has in fact exhausted his administrative remedies and to add an
6 additional defendant and claim(s).  Where, as here, the court has not ordered service of plaintiff's
7 original complaint, he is entitled to amend his complaint once as a matter of right.  See Fed. R.
8 Civ. P. 15(a).  Accordingly, the court will deny plaintiff's motion to amend as unnecessary and
9 direct plaintiff to file an amended complaint that contains all of the claims he wishes to proceed
10 on in this action within thirty days.

11 　　　　In accordance with the above, IT IS HEREBY ORDERED that:

12 　　　　1. Plaintiff's request for leave to proceed in forma pauperis (Doc. No. 3) is granted.

13 　　　　2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff
14 is assessed an initial partial filing fee in accordance with the provisions of 28 U.S.C.
15 § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the
16 Director of the California Department of Corrections and Rehabilitation filed concurrently
17 herewith.

18 　　　　3. Plaintiff's motion to amend (Doc. No. 4) is denied as unnecessary;

19 　　　　4. Within thirty days of the date of service of this order, plaintiff shall file an amended
20 complaint containing all of the claims he wishes to proceed on in this action.  The amended
21 complaint must comply with the requirements of the Civil Rights Act, the Federal Rules of Civil
22 Procedure, and the Local Rules of Practice.  The amended complaint must bear the docket
23 number assigned to this case and must be labeled "Amended Complaint."  Failure to file an
24 amended complaint in accordance with this order will result in a recommendation that this action
25 be dismissed without prejudice.
26 /////
27 /////
28 /////

5. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action.

Dated: March 5, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
shah0454.mta

3