UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UMAR SHAHID,<br><br>          Plaintiff,<br><br>    v.<br><br>I. ALDAZ et al.,<br><br>          Defendants. | No. 2:14-cv-0454 JAM KJN P (TEMP)<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 12, 2015, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations. Plaintiff has filed a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 12, 2015 are adopted in full;

2. The motion for summary judgment filed on behalf of defendants Rodriguez and Thompson is granted in part and denied in part as follow:

    a. Defendants' motion for summary judgment based on plaintiff's failure to exhaust administrative remedies prior to filing suit as required (Doc. No. 96) is denied with respect to plaintiff's right-to-marry claim against defendant Rodriguez;

    b. Defendants' motion for summary judgment based on plaintiff's failure to exhaust administrative remedies prior to filing suit as required (Doc. No. 96) is granted with respect to plaintiff's retaliation claim against defendant Thompson; and

3. Defendant Thompson is dismissed from this action without prejudice.

DATED: December 28, 2015

/s/ John A. Mendez_____ _____
UNITED STATES DISTRICT COURT JUDGE